UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
UNITED STATES OF AMERICA

    - against -                                              18 Cr. 657 (DAB)
                                                                      <u>ORDER</u>

Mykel Mays

        Defendant.
--------------------------------------X
DEBORAH A. BATTS, United States District Judge.


    The sentencing in the above captioned case is rescheduled from Tuesday, January 21, 2020 at 2:30 PM to Tuesday, January 9, 2020 at 10:30 AM.



SO ORDERED

DATED:    New York, New York
            November 14, 2019

                                                    _____
                                                    Deborah A. Batts
                                                    United States District Judge