```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
United States of America,

                                         18 Cr. 657-5 (DAB)
                                              ORDER

        v.


Mykel Mays,

                Defendant.
-----------------------------------------X
DEBORAH A. BATTS, United States District Judge.
```

On September 10, 2019, the Court set a schedule for sentencing submissions. Neither party submitted sentencing submissions on the schedule ordered by the Court.

Accordingly, the sentencing currently scheduled for January 9, 2020 is adjourned until May 5, 2020 at 10:30 a.m. Written submissions are to be sent to the other side and the Court by April 7, 2020 at 4 p.m. Responses must be submitted to the initiating party and the Court by April 21, 2020 at 4 p.m.

SO ORDERED.

DATED:   December 17, 2019
         New York, New York

                                    _____
                                         Deborah A. Batts
                                    United States District Judge