USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| -against- | : | 18-CR-657 (ALC) |
| | : | |
| | : | **ORDER** |
| MYKEL MAYS, | : | |
| | : | |
| Defendants. | : | |
| | : | |

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Telephonic Sentencing set for **April 27, 2020** at **12:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated: April 15, 2020
         New York, New York**

_____
**ANDREW L. CARTER, JR.
United States District Judge**