```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
   UNITED STATES OF AMERICA              :
                                         :
                                         :
           -against-                     :    18-CR-657 (ALC)
                                         :
                                         :    ORDER
   MYKEL MAYS,                           :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------------------------x
```

**ANDREW L. CARTER, JR., United States District Judge:**

The April 27, 2020 Telephonic Sentencing is rescheduled to **10:30 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated: April 20, 2020**
       **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/20/2020