USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:_____
DATE FILED: __4/27/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES**

vs.

_____ Cr. _____ (      )

Order

**To: U.S. Marshals Office**

      **It is hereby ordered :**

That the Defendant,                                          , Reg #

having been sentenced in the above case to a term of  Time Served; The U.S. Marshals are to

release the defendant unless any  pending warrants, detainers or other issues  are encountered.

*[signature]*

**United States District Judge**

_____
**Date**